BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2775
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP | Case No. 2:12-CV-00779 LKK CMK |
| Plaintiff, | STIPULATION and ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE DISPOSITIONAL PAPERS |
| v. | |
| ROLAND K. FREELAND; KELLY L. FREELAND; ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA; and DOES 1-100, Inclusive, | |
| Defendants. | |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP,

fka Countrywide Home Loans Servicing, LP ("Plaintiff"), and defendant U.S. Small Business

Administration ("SBA"), by and through their undersigned counsel, hereby agree and STIPULATE,

subject to the Court's approval, as follows:

    1.  Plaintiff and the SBA have reached a settlement agreement in the above-captioned action.

    2.  On February 28, 2013, counsel for the SBA filed a notice of settlement in accordance with

E.D. Cal. R. 160(a).  Doc. #25.  Said Local Rule provides that the dispositional papers are to be

1   filed with the Court within 21 days of the notice, to wit, by no later than March 21, 2013.

2       3.  Getting the language of the settlement terms approved at the SBA is taking longer than

3   anticipated, after which it has to be approved by Plaintiff.

4       4.  Accordingly, the parties stipulate to extend the deadline to file the dispositional papers to

5   April 12, 2013.

6       IT IS SO STIPULATED.

7

8   DATED:  March 18, 2013                    McCARTHY & HOLTHUS, LLP

9                                                */s/ David C. Scott*   (authorized by 3/14/13 email)

10                              By:  _____

11                                   DAVID C. SCOTT, ESQ.
                                      Attorneys for Plaintiff Bank of America, N.A.,
11                                   successor by merger to BAC Home Loans

12                                   Servicing, LP, fka Countrywide Home Loans
                                      Servicing, LP

13

14  DATED:  March 18, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney
15

16                                              */s/ Bobbie J. Montoya*

                                 By:  _____

17                                   BOBBIE J. MONTOYA
                                      Assistant U.S. Attorney
18

19

20                              **ORDER**

21      The foregoing stipulation is hereby APPROVED.  The dispositional papers will be filed by

22  no later than April 12, 2013.

23      IT IS SO ORDERED.

24

25      DATED:  March 18, 2013

26                                              LAWRENCE K. KARLTON
                                                SENIOR JUDGE
27                                              UNITED STATES DISTRICT COURT

28

Stipulation and [Proposed] Order to Extend Deadline
For Parties to File Dispositional Papers